

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00375-CR

Charles D. **TUTTOILMONDO** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 2246
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment of conviction is AFFIRMED.

SIGNED December 5, 2018.

Luz Elena D. Chapa, Justice